

AO 241 (Rev. 09/17)

JAN 2 0 2023

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| United States District Court SHERMAN DIVISION | District: EASTERN |
|---|---|
| Name (under which you were convicted): DARRION DESHON BIGGERS | Docket or Case No.: 4:23CV59 |
| Place of Confinement: BILL CLEMENTS UNIT- TX DEPT. CRIM. JUSTICE | Prisoner No.: JORDAN/Johnson 2334055 |
| Petitioner (include the name under which you were convicted) DARRION DESHON BIGGERS | v. Respondent (authorized person having custody of petitioner) BOBBY LUMPKIN- DIRECTOR- TX DEPT. OF CRIM. JUSTICE- ID |
| The Attorney General of the State of: TEXAS | |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   6TH DISTRICT
   Lamar County, Texas

   (b) Criminal docket or case number (if you know): 27875

2. (a) Date of the judgment of conviction (if you know): November 20, 2020

   (b) Date of sentencing: November 20, 2020

3. Length of sentence: Thirty-Three (33) years

4. In this case, were you convicted on more than one count or of more than one crime?  ☐ Yes  ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case:

   Manufacture or Delivery + Possession of Controlled Substance (Methamphetamine) in Drug-Free Zone.

6. (a) What was your plea? (Check one)
   ☑ (1) Not guilty    ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty        ☐ (4) Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

_N/A_

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury     ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes     ☑ No

8. Did you appeal from the judgment of conviction?

☑ Yes     ☐ No

9. If you did appeal, answer the following:

(a) Name of court: _6TH Appellate Court, Texarkana_

(b) Docket or case number (if you know): _06-20-00129-CR_

(c) Result: _Judgment affirmed_

(d) Date of result (if you know): _October 14, 2021_

(e) Citation to the case (if you know): _don't know_

(f) Grounds raised:

(1) The Court erred by using prior conviction to enhance punishment;
(2) Insufficiency of Evidence

(g) Did you seek further review by a higher state court?   ☑ Yes   ☐ No

If yes, answer the following:

(1) Name of court: _Court of Criminal Appeals_

(2) Docket or case number (if you know): _PD-0859-21_

(3) Result: _Refused_

AO 241 (Rev. 09/17)

(4) Date of result (if you know): 12-08-21

(5) Citation to the case (if you know): _____

(6) Grounds raised: (1) Court erred by using prior conviction to enhance punishment.
(2) Insufficiency of Evidence

(h) Did you file a petition for certiorari in the United States Supreme Court?  ☐ Yes  ☒ No

If yes, answer the following:

(1) Docket or case number (if you know): N/A

(2) Result: N/A

N/A

(3) Date of result (if you know): N/A

(4) Citation to the case (if you know): N/A

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?  ☒ Yes  ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: 6Th District Court

(2) Docket or case number (if you know): 27875

(3) Date of filing (if you know): September 23, 2022

(4) Nature of the proceeding: 11.07 Habeas Corpus

(5) Grounds raised:

Two Grounds of Due Process violations due to Ineffective Assistance of Counsel

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☐ Yes  ☒ No

(7) Result: Denied

AO 241 (Rev. 09/17)

(8) Date of result (if you know): _December, 2022_

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised:

_____
_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised:

_____
_____
_____
_____
_____
_____
_____
_____

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☐ Yes ☐ No

(7) Result: N/A

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: ☑ Yes ☐ No
(2) Second petition: ☐ Yes ☐ No
(3) Third petition: ☐ Yes ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:
N/A

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Violation of 5th & 14th Amend. due process rights due to Petitioner having been denied his 6th Amend. right to raise Ineffective Assistance of counsel claim on habeas corpus.

(a) Supporting facts (Do not argue or cite the law. Just state the specific facts that support your claim.):

Petitioner raised two claims of Due process violations due to ineffective assistance of counsel (IAC) in his habeas Corpus writ. The state argued that said claims were not cognizable for habeas relief. The Court of Criminal Appeals (CCA) agreed with the state and denied Petitioner's writ. Petitioner's IAC claims were not adjudicated because Petitioner's trial counsel refused to respond to Petitioner's claims. For Arguments and Authorities see Memorandum of Law. Ground One

(b) If you did not exhaust your state remedies on Ground One, explain why:

AO 241 (Rev. 09/17)

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: _This issue did not exist during the appellate process. This issue arose during the habeas corpus process_

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _N/A_

Name and location of the court where the motion or petition was filed: _N/A_

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available): _N/A_

(3) Did you receive a hearing on your motion or petition? _N/A_   ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition? _N/A_   ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No _N/A_

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _N/A_

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available): _N/A_

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_When Petitioner filed the appeal and the habeas corpus writ this issue did not exist. This issue arose when the State responded to Petitioner's writ. The State argued that IAC claims were not cognizable for habeas relief_

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _Petitioner filed an objection with the CCA arguing that claims of IAC are cognizable for habeas relief and that the state's claim was err._

**GROUND TWO:** _Violation of 5th & 14th Amend. due process rights due to IAC. Defense Counsel failed to rehabilitate potential biased venire persons._

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_This is a possession of methamphetamine case. During voir dire two venire persons knew the state's witnesses. Several venire persons had family members who had been effected by methamphetamine. And one petit juror's husband was friends to the prosecutor. Defense Counsel failed to question these venire persons to determine whether they could be impartial. For Argument and Authorities see memorandum of Law Ground Two_

(b) If you did not exhaust your state remedies on Ground Two, explain why: _N/A_

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes  ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: _Ineffective Assistance of counsel claims are best raised on Habeas Corpus process and not on appeal._

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☒ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _11.07 State Application for Habeas Corpus_

Name and location of the court where the motion or petition was filed:
_6th District Court_
_Lamar County, Texas_

Docket or case number (if you know): _27875_

AO 241 (Rev. 09/17)

Date of the court's decision: _November 23, 2022_

Result (attach a copy of the court's opinion or order, if available):

_See Attachment A_

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _N/A_

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_The CCA is the highest criminal court in Texas. Once the CCA renders a decision there is no avenue to appeal that decision. For that reason the CCA decision was not appealed._

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _As stated above, this issue was based on an 11.07 habeas corpus._

**GROUND THREE:** _Violation of 5th + 14th due process rights due to IAC. Defense counsel failed to call readily available defense character witnesses._

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_Prior to trial petitioner's family members informed petitioner's defense counsel that they were willing to testify in petitioner's behalf. (Exhibit H) Defense counsel failed to call these witnesses to testify. For Argument and Authorities see memorandum of law Ground three._

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_N/A_

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: _The proper avenue to raise ineffective assistance of counsel claims is through habeas corpus_

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _11.07 State Application for Habeas Corpus_

Name and location of the court where the motion or petition was filed:

_6th District Court, Lamar County_

Docket or case number (if you know): _27875_

Date of the court's decision: _November 23, 2022_

Result (attach a copy of the court's opinion or order, if available):

_See ATTACHMENT A_

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☒ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No _N/A_

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _N/A_

_N/A_

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available): _N/A_

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Because the proper avenue to raise ineffective assistance of counsel claims is through habeas corpus.

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: As stated above, this issue was raised through habeas corpus.

**GROUND FOUR:** Violation of 5th + 14th due process rights due to insufficiency of evidence

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner was convicted of possession of a controlled substance (Methamphetamine) with intent to deliver. The evidence for possession was debatable, but the evidence for intent to deliver did not exist. For argument and authority see memorandum of law Ground Four.

(b) If you did not exhaust your state remedies on Ground Four, explain why: N/A

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☒ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: _____

_____ N/A _____

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition? N/A   ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition? N/A   ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No N/A

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

_____ N/A _____

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: This issue was not raised on habeas corpus because it was raised on direct appeal

AO 241 (Rev. 09/17)

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?  ☑ Yes   ☐ No

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:  N/A

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  ☐ Yes   ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.  N/A

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?  ☐ Yes   ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.  N/A

AO 241 (Rev. 09/17)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: *Paul Rosemergy*

(b) At arraignment and plea: *Paul Rosemergy*

(c) At trial: *Paul Rosemergy*

(d) At sentencing: *Paul Rosemergy*

(e) On appeal: *Troy Hornsby*

(f) In any post-conviction proceeding: *None*

(g) On appeal from any ruling against you in a post-conviction proceeding: *None*

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes   ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: *N/A*

(b) Give the date the other sentence was imposed: *N/A*
(c) Give the length of the other sentence: *N/A*
(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes   ☐ No   *N/A*

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

AO 241 (Rev. 09/17)

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

- (1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

    - (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    - (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

    - (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    - (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: (1) That Petitioner's IAC claims be remanded to trial court for adjudication or remanded for new trial due to IAC. (2) That Petitioner be acquitted due to insufficiency of evidence or at least be acquitted of Intent to Deliver. Case be vacated

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on  1/11/2023  (month, date, year).

Executed (signed) on  1/11/2023  (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____
_____
_____
_____

Page 16 of 16